THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE DAVIS, Defendant-Appellant.

(No. 12774; ▮▮▮▮▮▮▮▮

Fourth District—June 12, 1975.

▮▮▮▮▮▮▮

Opinion by Mr. JUSTICE CRAVEN.

Richard J. Wilson and Richard E. Cunningham, both of State Appellate Defender's Office, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (G. Michael Prall and Kai A. Wallis, both of Illinois State's Attorneys Association, of counsel), for the People.